NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10220 |
| Plaintiff - Appellee, | D.C. No. 1:12-cr-00029-RVM |
| v. | |
| DONGJUN LI, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of the Northern Mariana Islands
Ramona V. Manglona, Chief Judge, Presiding

Submitted November 18, 2014[**]

Before:    LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

DongJun Li appeals from the district court's judgment and challenges his

jury-trial conviction and sentence of 12 months and one day for preventing or

hampering removal, in violation of 8 U.S.C. § 1253(a)(1)(C).  Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Li's counsel has filed a brief stating that there

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Li the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal as to Li's conviction. We, accordingly, affirm the conviction.

Because Li has completed his custodial sentence and his term of supervised release, his challenge to the sentence is moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). We, therefore, dismiss the appeal as to his sentence.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**